```
1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700
5
6
7
              IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     EASTERN DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,      )    CR. S-07-366 GEB
11                                 )
                Plaintiff,         )
12                                 )    NOTICE OF RELATED CASES
        v.                         )    07-MC-00025-FCD-GGH
13                                 )    07-CV-01724-LEW-CMK
   DONALD FRED NEUHAUS,            )
14 KIMBERLY SNOWDEN,               )
   ROBERT EBERLE,                  )
15 BARBARA EBERLE,                 )
   CLIFFORD PALM,                  )
16 ROBERT KOPPEL,                  )
   DAVID GOLDENBERG, and           )
17 MARK ERIC WOLOK,                )
                                   )
18              Defendants.        )
   _____)
19
```

20    Pursuant to Local Rule 83-123(b), the United States Attorney's

21 Office hereby notifies the Court of the lodging of related cases.

22    The above-captioned indictment in Case No. CR.S-07-366 GEB is

23 related to Case No. 07-MC-025-FCD-GGH, <u>Neuhaus, et al. v. Securities

24 and Exchange Commission</u>, a civil action previously filed in this

25 District, and Case No. 07-CV-01724-LEW-CMK, <u>Securities and Exchange

26 Commission V. Secure Investment Services, Inc., et al.</u>

27 ///

28 ///

1

Under Local Rule 83-123, cases are considered related when "both actions involve the same parties and are based on the same or a similar claim," or "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise."

In case 07-MC-025-FCD-GGH, Donald Neuhaus and Kimberly Snowden challenged the SEC's investigative subpoenas seeking their bank records.  The SEC issued those subpoenas in an investigation into defendants' fraudulent sales of life settlement investments, which were securities in the form fractionalized interests in life insurance policies.  In 07-CV-01724-LEW-CMK, the SEC filed a complaint alleges that Neuhaus, Snowden, and three corporations they control conducted a fraudulent scheme of selling at least $25 million in fractionalized interests in life insurance policies to hundreds of investors starting in 2001.  In this case, <u>United States v. Donald Fred Neuhaus</u>, et al., CRS-07-366 GEB, Neuhaus, Snowden, and other defendants were indicted on Mail Fraud, Securities Fraud, and Money Laundering charges based on the same scheme to defraud as that alleged in the SEC's investigation and complaint in cases 07-MC-025-FCD-GGH and 07-CV-01724-LEW-CMK.

DATED: August 24, 2007                  Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


                                        By:/s/ Matthew Stegman
                                           MATTHEW STEGMAN
                                           Assistant U.S. Attorney