FILED

AUG 3 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SPECIAL CONDITIONS OF RELEASE**

RE:   Wolok, Mark
Doc. No. CRS. 07-366-GEB

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California, the Eastern District of Michigan, and the Southern District of Florida, without the prior consent of the pretrial services officer;

5. You shall refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

6. You shall surrender your passport to the Clerk, U. S. District Court, and not obtain a passport or other travel documents during the pendency of this case; and

7. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control.

8. You shall not engage in the sale of securities or any other investments without the approval of Pretrial Services.

August 30, 2007