## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

USA,

v.

MARK ERIC WOLOK,

**WARRANT FOR ARREST**

Case Number: 2:07-CR-00366-GEB *SEALED*

UNSEALED

FILED
AUG 30 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

RECEIVED
UNITED STATES MARSHAL
07 AUG 23 AM 8:23
EASTERN DISTRICT
OF CALIFORNIA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Mark Eric Wolok,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Violation Petition   ☐ Other

charging him or her with (brief description of offense)

**Mail Fraud and Aiding and Abetting**

in violation of Title **18**  United States Code, Section(s)  **1341**

| | |
|---|---|
| J. Donati | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 8/22/07     Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  **$NO BAIL**    by  **Judge Dale A. Drozd**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant  E/nich

| 8-23-07 | Carolyn F Gupp  SDUSM |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 8-23-07 | Carolyn F Gupp |
| Date of Arrest | Signature of Arresting Officer |