```
LAW OFFICES OF CHRISTOPHER HAYDN-MYER
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
MARK WOLOK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARK WOLOK,<br><br>    Defendant. | Case No.: Cr.S-07-366 GEB<br><br>APPLICATION FOR TRANSPORTATION AND SUBSISTENCE, PURSUANT TO 18 U.S.C. § 4285<br><br>Hon. Kendall J. Newman |

**Procedural History**

In this matter, defendant Mark Wolok ("Mr. Wolok") is currently scheduled for Judgment and Sentencing on Friday, October 25, 2013 at 9:00 a.m. before United States District Judge Garland E. Burrell, Jr.

Mr. Wolok resides in West Bloomfield, Michigan, is indigent and unable to afford transportation to Sacramento.

**Application**

Application is hereby made for an Order for Transportation and subsistence for Mr. Wolok to enable him to meet with counsel and attend his Judgment and Sentencing on October 25, 2013.

- 1 -

APPLICATION FOR TRANPORTATION ORDER

Mr. Wolok has advised counsel that he is unable to afford travel and subsistence. As such, Mr. Wolok is requesting an Order authorizing the following:

1. Mr. Wolok is requesting an Order authorizing the arrangement of transportation for his one-way travel from West Bloomfield, Michigan to Sacramento, California the morning of October 24, 2013, so that he may confer with counsel, pursuant to 18 U.S.C. § 4285.

2. Mr. Wolok is requesting an Order authorizing the arrangement of transportation for his one-way travel after his court appearance on October 25, 2013 from Sacramento, California to West Bloomfield, Michigan, pursuant to 18 U.S.C. § 4285.

Wherefore, in the interests of justice, the Court is requested to arrange for Mr. Wolok's means of noncustodial transportation or furnish the fare for such transportation from West Bloomfield, Michigan to Sacramento, California; to direct the United States Marshal to furnish Mr. Wolok with an amount of money for subsistence and travel under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C. § 4285; and to furnish the fare for such transportation for Mr. Wolok's return after completion of his Judgment and Sentencing from Sacramento, California to West Bloomfield, Michigan.

Dated: October 14, 2013   Respectfully Submitted,
                          LAW OFFICES OF CHRISTOPHER HAYDN-MYER

                          /s/ Christopher Haydn-Myer
                          CHRISTOPHER HAYDN-MYER
                          Attorney for Defendant
                          Mark Wolok

APPLICATION FOR TRANPORTATION ORDER

LAW OFFICES OF CHRISTOPHER HAYDN-MYER
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
MARK WOLOK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARK WOLOK,<br>Defendant. | Case No.: Cr.S-07-0366 GEB<br><br>ORDER FOR TRANSPORTATION AND SUBSISTENCE, PURSUANT TO 18 U.S.C. § 4285 |

**ORDER**

TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA.

GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Mark Wolok, with one-way transportation from West Bloomfield, Michigan to Sacramento, California on the morning of October 24, 2013; not to exceed the amount authorized as a per diem allowance for travel under § 5702(a) of Title 5, United States Code; and for Mark Wolok's one-way return from

Sacramento, California to West Bloomfield, Michigan after his Judgment and Sentencing on October 25, 2013.

    Mark Wolok is indigent and financially unable to travel to Sacramento, California.  This request is authorized pursuant to 18 U.S.C. § 4285.

**IT IS SO ORDERED.**

Dated:  October 16, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE