UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
Before the Honorable Garland E. Burrell

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL MINUTES** |
| | Case No.: 07-366-GEB |
| v. | Date of Hearing: October 25, 2013 |
| | Deputy Clerk: Shani Furstenau |
| **MARK WOLOK** | Court Reporter/ECRO: Kelly O'Halloran |

**For the Government**:

Lee Bickley,
Assistant United States Attorney

**For the Defendant(s)**:

Chris Haydn-Myer,
[] Assistant Federal Defender
[] Appointed   [] Retained

**Interpreter Previously Sworn**:

**Defendant**:
[x] Present   [] In Custody   [] Not in Custody   [] O/R   [x] Bail   [] No Appearance   [] Waived   [] Failed to Appear

---

**JUDGMENT AND SENTENCING to Count(s) 12 of the Indictment Plea entered July 20, 2012.**

imprisonment:   60 months

surrender date:   January 10, 2014

term of supervised release:   36 months

recommendation:   Michigan or Southern California     deft fined: ___   [x] fine waived.

restitution:   17,845,024.55     payable to: ___

special assessment:   100     bail exonerated: ___

right to appeal given:   No     [x] appeal rights waived.

Special Conditions:   See J & C Order

**Other:**   Government's motion to dismiss remaining counts granted.

---

Proceeding Time: 10 minutes